IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD P. LENCZNER and
LISA M.D'ALESSIO LENCZNER,

                    Plaintiffs,                    ORDER

v.

                                          14-cv-691-jdp

WELLS FARGO BANK, N.A. as trustee for
the holders of Park Place Securities, Inc., asset-
backed passed through certificate 2004 and
DOES 1-100,

                    Defendants.

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 7th day of November, 2014.

                                      BY THE COURT:
                                      /s/
                                      JAMES D. PETERSON
                                      District Judge